UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JILL ANTOINE

CASE NO. 3:07-cv-353 (EMC)

Plaintiff(s),

v.

FIRST AMERICAN LOANSTAR
TRUSTEE SERVICES, et al.

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  Non-binding Arbitration (ADR L.R. 4)
  Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  Private ADR (*please identify process and provider*)  _____

The parties agree to hold the ADR session by:
  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓  other requested deadline  August 15, 2007

Dated: 4/25/07                                    /s/ DAVID I. KORNBLUH
                                                  Attorney for Plaintiff

Dated: 4/25/07                                    /s/ GLENN H. WECHSLER
                                                  Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated: _____May 2, 2007_____

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE



ATTACHMENT TO

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Pursuant to General Order 45, section X.B., I, the undersigned, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated:  April 25, 2007

/s/     DAVID I. KORNBLUH