DAVID I. KORNBLUH, SBN 162310
(dik@millermorton.com)
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110-1339
Telephone: (408) 292-1765
Facsimile: (408) 436-8272

Attorneys for PLAINTIFF, JILL ANTOINE

GLENN H. WECHSLER, ESQ. (SBN 118456)
(glenn@glennwechsler.com)
LAW OFFICES OF GLENN H. WECHSLER
1655 North Main Street, Suite 230
Walnut Creek, California 94596
Telephone: (925) 274-0200
Facsimile: (925) 274-0202

Attorneys for Defendants FIRST AMERICAN
LOANSTAR TRUSTEE SERVICES, LLC and
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| JILL ANTOINE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC, a Texas limited liability company; WELLS FARGO & CO., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: C -07-CV-00353-EMC <br><br> **JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON** <br><br> CMC DATE:       July 25, 2007 <br> TIME:                2:30 pm <br> COURTROOM:   C <br> **MAGISTRATE JUDGE CHEN** <br><br> [Removed from San Francisco Superior Court on January 18, 2007] |

On May 30, 2007, a Case Management Conference was held, at which time the parties advised the Court that a mediation was set for July 17, 2007. The Court ordered a further Case Management Conference for July 25, 2007, at 2:30 p.m.

The parties were notified by the Court appointed mediator, John DiNapoli, that a conflict

1

JOINT REQUEST TO CONTINUE CASE MANAGEMENT                                Antoine v. First American Loanstar, et al
CONFERENCE AND [PROPOSED] ORDER                                                                  C 07-00353-PJH

arose for him for the scheduled mediation date of July 17, 2007. As a result, the mediation has been rescheduled to take place on July 26, 2007, at Mr. DiNapoli's office.

Therefore, the parties respectfully request that the Case Management Conference set for July 25, 2007, be continued to the Court's first available date after July 26, 2007, so the parties may advise the Court of any progress made at mediation.

Respectfully submitted,

Dated: July 5, 2007        MILLER, MORTON, CAILLAT & NEVIS, LLP

By: /s/_____
    DAVID I. KORNBLUH
    Attorneys for Plaintiff, JILL ANTOINE

Respectfully submitted,

Dated: July 5, 2007        LAW OFFICES OF GLENN H. WECHSLER

By: /s/_____
    GLENN H. WECHSLER
    Attorneys for Defendants

Pursuant to General Order 45, section X.B., I, the undersigned, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: July 5, 2007        /s/_____
                           DAVID I. KORNBLUH

GOOD CAUSE appearing therefore, it is hereby Order that the Case Management Conference presently scheduled for July 25, 2007, at 2:30 p.m., in Department C, be continued to _____August 15_____, 2007, at _____2:30_____ a.m./p.m., in Department C. An updated Case Management Conference Statement is due on August 8, 2007.

Dated: _____July 6, 2007_____        _____
                                       MAGISTRATE JUDGE EDWARD M. CHEN

25523

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

2