1  DAVID I. KORNBLUH, SBN 162310
   (dik@millermorton.com)
2  AUTUMN E. CASADONTE, SBN 242887
   (aec@millermorton.com)
3  MILLER, MORTON, CAILLAT & NEVIS, LLP
   25 Metro Drive, 7th Floor
4  San Jose, CA  95110-1339
   Telephone:  (408) 292-1765
5  Facsimile:  (408) 436-8272

6  Attorneys for PLAINTIFF, JILL ANTOINE

7

8  GLENN H. WECHSLER, ESQ. (SBN 118456)
   (glenn@glennwechsler.com)
9  LAW OFFICES OF GLENN H. WECHSLER
   1655 North Main Street, Suite 230
   Walnut Creek, California  94596
10 Telephone:  (925) 274-0200
   Facsimile:  (925) 274-0202
11

12 Attorneys for Defendants FIRST AMERICAN
   LOANSTAR TRUSTEE SERVICES, LLC and
13 WELLS FARGO BANK, N.A.

14              UNITED STATES DISTRICT COURT

15        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                  (San Francisco Division)

17

18 JILL ANTOINE, an individual,        )  Case No.:  C -07-CV-00353-EMC
                                       )
19            Plaintiff,               )  **JOINT NOTICE OF SETTLEMENT OF**
                                       )  **CASE AND REQUEST TO CONTINUE**
20        vs.                          )  **OR VACATE CASE MANAGEMENT**
                                       )  **CONFERENCE** ; ORDER
21 FIRST AMERICAN LOANSTAR TRUSTEE     )
   SERVICES, LLC, a Texas limited liability )
22 company; WELLS FARGO & CO., a       )  **CMC Date:        October 24, 2007**
   Delaware corporation; and DOES 1 through )  **TIME:               2:30 pm**
23 10, inclusive,                      )  **COURTROOM:      C**
                                       )  **MAGISTRATE JUDGE CHEN**
24            Defendants.              )
                                       )  [Removed from San Francisco Superior Court
25                                     )  on January 18, 2007]
                                       )
26 _____    )

27     **TO THE COURT:**

28     **PLEASE TAKE NOTICE** that the parties herein, by and through their respective counsel

                                    1

MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110-1339

1 | of record, hereby advise the Court that the parties have agreed to settle this matter and are in the

2 | process of executing settlement documents and transmitting settlement funds.

3 |      **PLEASE TAKE FURTHER NOTICE** that the parties expect to submit a Stipulation and

4 | Order for Dismissal of this matter, with prejudice, for the Court's consideration and approval

5 | within thirty (30) days of filing this Joint Notice of Settlement.

6 |      Therefore, the parties respectfully request the Case Management Conference presently

7 | scheduled for October 24, 2007, be continued for 60 days or vacated.

8 |                Respectfully submitted,

9 | Dated:  October ___10___, 2007      MILLER, MORTON, CAILLAT & NEVIS, LLP

10

11 |           By:  ___/s/_____

12 |                 DAVID I. KORNBLUH
                Attorneys for Plaintiff, JILL ANTOINE

13

14 | Dated:  October ___10_____, 2007      LAW OFFICES OF GLENN H. WECHSLER

15 |           By:  ___/s/_____

16 |                 GLENN H. WECHSLER
                Attorneys for Defendants

17

18 |      Pursuant to General Order 45, section X.B., I, the undersigned, hereby attest that I have on

19 | file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within

20 | this e-filed document.

21

22 | Dated:  October ___10___, 2007      MILLER, MORTON, CAILLAT & NEVIS, LLP

23

24 |           By:  ___/s/_____
                DAVID I. KORNBLUH
                Attorneys for Plaintiff, JILL ANTOINE

25 | IT IS SO ORDERED that the status conference set for 10/24/07 at 2:30pm is reset for 1/2/08 at 2:30

26 | p.m.  An updated status conference statement shall be filed by 12/26/07.

27 | Edward M. Chen

28 | U.S. Magistrate Judge

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

::ODMA\GRPWISE\M...Litigation.Library:28461.1

Joint Notice of ... and Request to
Continue or Vacate Case Management Conference

Antoine v. First American Loanstar, et al
C 07-00353-EMC