1  DAVID I. KORNBLUH, SBN 162310
   (dik@millermorton.com)
2  AUTUMN E. CASADONTE, SBN 242887
   (aec@millermorton.com)
3  MILLER, MORTON, CAILLAT & NEVIS, LLP
   25 Metro Drive, 7th Floor
4  San Jose, CA  95110-1339
   Telephone:  (408) 292-1765
5  Facsimile:  (408) 436-8272

6  Attorneys for PLAINTIFF, JILL ANTOINE

7

   GLENN H. WECHSLER, ESQ. (SBN 118456)
8  (glenn@glennwechsler.com)
   LAW OFFICES OF GLENN H. WECHSLER
9  1655 North Main Street, Suite 230
   Walnut Creek, California  94596
10 Telephone:  (925) 274-0200
   Facsimile:  (925) 274-0202
11
   Attorneys for Defendants FIRST AMERICAN
12 LOANSTAR TRUSTEE SERVICES, LLC and
   WELLS FARGO BANK, N.A.
13

14                UNITED STATES DISTRICT COURT

15           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                        (San Francisco Division)

17 
   JILL ANTOINE, an individual,          )  Case No.:  C -07-CV-00353-EMC
18                                       )
                  Plaintiff,             )  **STIPULATION FOR DISMISSAL WITH**
19                                       )  **PREJUDICE AND [proposed] ORDER**
            vs.                          )  **THEREON**
20                                       )
   FIRST AMERICAN LOANSTAR TRUSTEE       )
21 SERVICES, LLC, a Texas limited liability )
   company; WELLS FARGO & CO., a         )  [Removed from San Francisco Superior Court
22 Delaware corporation; and DOES 1 through )  on January 18, 2007]
   10, inclusive,                        )
23                                       )
                                         )
24                Defendants.            )
                                         )
25 

26 / / /

27 / / /

28 / / /

                                    1

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to F.R.C.P. 41(a)(1).
4  SO STIPULATED:

5  Dated: October __29__, 2007          MILLER, MORTON, CAILLAT & NEVIS, LLP

7                                      By: __/s/_____
                                            DAVID I. KORNBLUH
8                                           Attorneys for Plaintiff, JILL ANTOINE
   SO STIPULATED:

9  Dated: October __26__, 2007          LAW OFFICES OF GLENN H. WECHSLER

11                                     By: __/s/_____
                                            GLENN H. WECHSLER
12                                          Attorneys for Defendants

13
       Pursuant to General Order 45, section X.B., I, the undersigned, hereby attest that I have on
14 file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within
15 this e-filed document.

17 Dated: October __29__, 2007          MILLER, MORTON, CAILLAT & NEVIS, LLP

19                                     By: __/s/_____
                                            DAVID I. KORNBLUH
20                                          Attorneys for Plaintiff, JILL ANTOINE

21
   IT IS SO ORDERED.
22

23 Dated: November 27, 2007

24                                     UNITED STATES D~~ISTRICT~~ ~~COUR~~T JUDGE
                                                    MAGISTRATE

27 ::ODMA\GRPWISE\MMCN_SJDOMAIN.MMCN_SJPO.NewLitigationLibrary:29089.1

28

2

Stipulation for Dismissal with Prejudice and [proposed]            Antoine v. First American Loanstar, et al
Order Thereon                                                      C 07-00353-EMC